IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Doran Jr, Philip D | Case Number: 07 B 04888 |
|---|---|---|
| | Doran, Ginamarie | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 3/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 21, 2008
Confirmed: May 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,666.00 | |
| Secured: | | 800.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 776.04 |
| Trustee Fee: | | 89.96 |
| Other Funds: | | 0.00 |
| Totals: | 1,666.00 | 1,666.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Lynch P C | Administrative | 1,274.00 | 776.04 |
| 2. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,956.40 | 800.00 |
| 4. | SN Servicing Corporation | Secured | 16,639.15 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 460.28 | 0.00 |
| 6. | Community Hospital | Unsecured | 8.38 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 263.25 | 0.00 |
| 8. | Nicor Gas | Unsecured | 341.71 | 0.00 |
| 9. | National Capital Management | Unsecured | 872.47 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | CB USA | Unsecured | | No Claim Filed |
| 12. | CB USA | Unsecured | | No Claim Filed |
| 13. | Medical Payment Data | Unsecured | | No Claim Filed |
| 14. | USAA | Unsecured | | No Claim Filed |
| 15. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | | $ 22,815.64 | $ 1,576.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 89.96 |
| | $ 89.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Doran Jr, Philip D | Case Number:  07 B 04888 |
| Doran, Ginamarie | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  3/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

